UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LATOUR,<br><br>                       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                       Defendant. | Case No.: 20-CV-42 JLS (BGS)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR VOLUNTARY REMAND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF Nos. 19, 25) |

      Presently before the Court is the Parties' Joint Motion for Voluntary Remand (ECF No. 25). Pursuant to sentence four of 42 U.S.C. § 405(g) and for good cause shown, this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings consistent with the terms set forth in the Parties' Joint Motion.

      In light of the Parties' Joint Motion for Voluntary Remand, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion for Summary Judgment (ECF No. 19). The

///

///

///

///

1   Court **VACATES** all pending motions and hearing dates.
2          The Clerk of Court **SHALL** close the case.
3              **IT IS SO ORDERED.**
4   Dated:  February 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge