UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LATOUR,<br><br>                            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                            Defendant. | Case No.:  20-CV-42 JLS (BGS)<br><br>**ORDER (1) GRANTING AMENDED JOINT MOTION FOR THE AWARD OF ATTORNEY FEES; AND (2) DENYING JOINT MOTION AS MOOT**<br><br>(ECF Nos. 27, 28) |

     Presently before the Court is the Parties' Amended Joint Motion for the Award of Attorney Fees Under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d) (ECF No. 28). Good cause appearing, the Court **GRANTS** the Amended Joint Motion. Plaintiff Debra Latour shall be awarded attorney fees in the amount of Nine Thousand Dollars and Zero Cents ($9,000.00), and Four Hundred Dollars and Zero Cents ($400.00) in costs, to be paid separately from the Judgment Fund, as authorized by 28 U.S.C. § 2412(d) pursuant to 28 U.S.C. § 1920, subject to the terms of the Amended Joint Motion.

///

///

///

1   In light of the Parties' Amended Joint Motion for Attorney Fees, the Court **DENIES**
2   **AS MOOT** the Parties' Joint Motion for the Award of Attorney Fees (ECF No. 27).
3   **IT IS SO ORDERED.**
4   Dated:  April 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge